DANIEL G. BOGDEN
United States Attorney
AMBER M. CRAIG
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

*UNITED STATES DISTRICT COURT*
*DISTRICT OF NEVADA*
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JUAN CARLOS ANDRADE, ) <br> a.k.a. Francisco Capado-Gonzalez, ) <br> GERARDO HERNANDEZ-MOREIRA, ) <br> a.k.a. Juan Hernandez-Moreira, and ) <br> GLORIA ESTRELLA-VALLES, ) <br> ) <br> Defendants. ) | No.  2:13-mj-920-GWF <br><br> **MOTION TO DISMISS COMPLAINT** |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and AMBER M. CRAIG, Assistant United States Attorney, and files this Motion for leave to dismiss the Complaint, pursuant to Fed. R. Crim. P. 48(a). Upon review of the entire record, the United States has determined that, in the best interests of justice, the foregoing Complaint should be dismissed without prejudice.

//

//

//

//

//

//

1

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of Federal Rules of Criminal Procedure, and grant this motion to dismiss the Complaint without prejudice.

DATED this 26th day of November, 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

 /s/ Amber M. Craig
AMBER M. CRAIG
Assistant United States Attorney


**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

**DATED:  December 2, 2013**